Opinion issued December 30, 2004












In The
Court of Appeals
For The
First District of Texas
____________

NO. 01-04-00169-CR
____________

LEROY WARDELL HUGHES, Appellant

V.

THE STATE OF TEXAS, Appellee




On Appeal from the 176th District Court
Harris County, Texas
Trial Court Cause No. 956621



 
MEMORANDUM OPINION
               A jury convicted appellant, Leroy Wardell Hughes, of the offense of
possession with intent to deliver more than four grams and less than 200 grams of
cocaine. Appellant pleaded true to the allegations in two enhancement paragraphs
that he had two prior felony convictions. The jury assessed punishment at
confinement for 45 years. We affirm.

               Appellant’s court-appointed counsel filed a motion to withdraw as counsel
and a brief concluding that this appeal is without merit. Counsel’s brief meets the
requirements of Anders v. California, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967),
by presenting a professional evaluation of the record that demonstrates the lack of
arguable grounds of error. See High v. State, 573 S.W.2d 807, 811 (Tex. Crim. App.
1978); Moore v. State, 845 S.W.2d 352, 353 (Tex. App.—Houston [1st Dist.] 1992,
pet. ref’d).

               Counsel represents that she served a copy of the brief on appellant. Counsel
also advised appellant by letter of his right to examine the appellate record and file
a pro se brief. See Stafford v. State, 813 S.W.2d 503, 510 (Tex. Crim. App. 1991). 
More than 30 days have passed, and appellant has not filed a pro se brief. We have
carefully reviewed the record and counsel’s brief. We find no reversible error in the
record, and agree that the appeal is without merit.

               We therefore affirm the judgment of the trial court.

               We grant counsel’s motion to withdraw.


 See Stephens v. State, 35 S.W.3d
770, 771 (Tex. App.—Houston [1st Dist.] 2000, no pet.). 

PER CURIAM

Panel consists of Justices Taft, Jennings, and Bland.

Do not publish. Tex. R. App. P. 47.2(b).